UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
JAN - 8 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                      INDICTMENT NO. 08-51-S-DLB

SAM DROGANES

\* \* \* \* \*

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 842(a)(1)
18 U.S.C. § 844(a)(1)

From a date unknown and continuing through on or about August 1, 2007, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**SAM DROGANES**

did knowingly engage in the business of importing, manufacturing, and dealing in explosive materials without a license to do so pursuant to Chapter 40 of Title 18 United States Code, all in violation of 18 U.S.C. §§ 842(a)(1) and 844(a)(1).

COUNT 2
18 U.S.C. § 842(a)(3)(A)
18 U.S.C. § 844(a)(1)

From on or about March 15, 2007, and continuing through on or about April 9, 2007, in Kenton and Boone Counties, in the Eastern District of Kentucky, and elsewhere,

**SAM DROGANES,**

not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport, ship, cause to be transported, and receive explosive materials, under Customs Entry Number 336-7336238-3, all in violation of 18 U.S.C. §§ 842(a)(3)(A) and 844(a)(1).

## COUNT 3
## 18 U.S.C. § 842(a)(3)(A)
## 18 U.S.C. § 844(a)(1)

From on or about April 28, 2007, and continuing through on or about June 1, 2007, in Kenton and Boone Counties, in the Eastern District of Kentucky, and elsewhere,

**SAM DROGANES,**

not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport, ship, cause to be transported, and receive explosive materials, under Customs Entry Number 336-7338776-0, all in violation of 18 U.S.C. §§ 842(a)(3)(A) and 844(a)(1).

## COUNT 4
## 18 U.S.C. § 842(a)(3)(A)
## 18 U.S.C. § 844(a)(1)

From on or about April 23, 2007, and continuing through on or about May 25, 2007, in Kenton and Boone Counties, in the Eastern District of Kentucky, and elsewhere,

**SAM DROGANES,**

not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport, ship, cause to be transported, and receive explosive materials, under Customs Entry Number 336-7337885-0, all in violation of 18

U.S.C. §§ 842(a)(3)(A) and 844(a)(1).

## COUNT 5
## 18 U.S.C. § 842(a)(3)(B)
## 18 U.S.C. § 844(a)(1)

On or about June 27, 2007, in Kenton County, in the Eastern District of Kentucky,

**SAM DROGANES**,

not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly distribute explosive materials to any person other than a licensee and permittee, all in violation of 18 U.S.C. §§ 842(a)(3)(B) and 844(a)(1).

## COUNT 6
## 18 U.S.C. § 844(c)(1)

By virtue of the commission of the felony offenses listed in Counts 1 through 5 of the Indictment, any and all interest **SAM DROGANES, dba PREMIUM FIREWORKS,** has in the following property:

1. 2 packs of Four Stage Ball Rockets (6 per pack);

2. 1 pack of Pohjan Poika rockets (4 rockets per package);

3. 4 35-shot W-cakes;

4. 1 American Orbiter Cake;

5. 2 Soul of Willow Standard brand cakes;

6. 1 Zhaocaijinbao Yihelong Fireworks brand firework;

7. 1 TNT Prateado 36-shot Brazilian made firework;

8. 1 468 Tiros Brazilian made firework;

9. 1 Perfect Weapon Chinese made 90-shot cake firework;

10. 1 Evil's War Chinese made 25-shot cake firework;

11. 1 Thunder King Chinese made 100-shot cake firework;

12. 6 cases of Chinese made Torpedo Bombs (8 per case);

13. Explosives seized from Sam's Fireworks, located at 207 Pike Street, Covington, Kentucky, on July 2, 2007;

14. Explosives seized from a warehouse located at 7900 Decoursey Pike, Taylor Mill, Kentucky, on July 2, 2007;

15. Explosives seized from warehouse located at 4300 Boron Avenue, Suite C, Covington, Kentucky, on July 2, 2007;

16. Explosives seized from a residence located at 4 Idaho Avenue, Ft. Mitchell, Kentucky, on July 3, 2007;

17. Explosives seized from a 1997 Chevrolet box truck, registered to Sam Droganes, bearing Kentucky license plate number 170728 and VIN#1GBJG31R2V1094032, on July 2, 2007;

18. Explosives seized from conex boxes (box #s TEXU7131193, MATU2473522, TTNU4160366, TCNU9726242, MATU2509224, TRLU8078086, and FSCU9630910), located at U.S. Worldwide Logistics Centralized, 2750 Earhart Court, Hebron, Kentucky, on July 31, 2007; and

19. Explosives seized from conex boxes (box #s MATU2463170, MATU2473559, and GSTU8764422), located at Norfolk Southern, 1276 West 8th Street, Cincinnati, Ohio, on August 31, 2007,

shall be vested in and forfeited to the United States pursuant to 18 U.S.C. § 844(c)(1).

**A TRUE BILL**

*[signature]*
_____
**FOREPERSON**


*[signature]*
_____
**JAMES A. ZERHUSEN**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1-5:**   Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNT 6:**   Forfeiture of listed items.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.